UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STEVEN WEISS,

                Plaintiff(s),                                  **ORDER OF DISMISSAL**
                                                                            CV 08-1015   (RJD)

    -v-

FOCUS RECEIVABLES MANAGEMENT, LLC,

                Defendant (s).
-------------------------------------------------------X
DEARIE, CHIEF JUDGE.

    It having been reported to the Court by counsel that the above action has been settled,

    It is, on this __23RD__ day of __MAY 2008__

    **ORDERED,** that this action is hereby dismissed without costs, and without prejudice to the right to reopen the action within 30 days if the settlement is not consummated.

    The Clerk of the Court is directed to close the case.

**SO ORDERED.**

Dated:        Brooklyn, New York
                MAY 23, 2008

                                                            RAYMOND J. DEARIE
                                                             CHIEF UNITED STATES DISTRICT JUDGE